UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**12 CV 05981**

Charles Richard Cons

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

\_\_ Civ. \_\_\_\_\_ (\_\_)(\_\_)

-against-

County of America
Region of New England
City Hall Concord, Mass
Audubon Society

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

**REQUEST TO PROCEED
IN FORMA PAUPERIS**

RECEIVED
AUG - 3 2012
PRO SE OFFICE

I, Charles Richard Cons (print or type your name) am the plaintiff/petitioner in the above entitled case and I hereby request to proceed _in forma pauperis_ and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   Not employed

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

   3/10/11   600.00 per month

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   Welfare

   a) Are you receiving any public benefits?   ☐ No.   ☒ Yes, $ 22 every two weeks
   b) Do you receive any income from any other source?   ☒ No.   ☐ Yes, $ _____.

Rev. 05/2007

1

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☒ No.   ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No.   ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☒ No.   ☐ Yes, _____.

7. List the person(s) that you pay money to support and the amount you pay each month.

   _____ None _____

8. State any special financial circumstances which the Court should consider.

   _____ Waiting for estate as heir _____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __31__ day of __July__, __2012__
            *date*           *month*        *year*

_____ Chas R. Com _____
                                                *Signature*

Rev. 05/2007                                    2