UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**12 CV 05981**

Charles Richard Cors

_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

Country of America
Region of New England
City Hall Concord, Mass
Audubon Society

**COMPLAINT**

Jury Trial: ☐ Yes  ☒ No
(check one)

RECEIVED AUG - 3 2012 PRO SE OFFICE

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name           Charles Richard Cors
             Street Address  127 West 25th Street
             County, City    New York City
             State & Zip Code New York State 10001
             Telephone Number

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name __Country of America__
Street Address _____
County, City __Washington, D.C.__
State & Zip Code _____
Telephone Number _____

Defendant No. 2  Name __Region of New England__
Street Address __Regional Court__
County, City __Mount Pelican__
State & Zip Code __Vormont__
Telephone Number _____

Defendant No. 3  Name __City Hall__
Street Address _____
County, City __Concord, Mass__
State & Zip Code _____
Telephone Number _____

Defendant No. 4  Name __Audubon Society__
Street Address _____
County, City __Concord, Mass__
State & Zip Code _____
Telephone Number _____

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*

    [X] Federal Questions          [ ] Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  __Normal Court Procedure__
    _____
    _____

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?
    Plaintiff(s) state(s) of citizenship _____
    Defendant(s) state(s) of citizenship _____

Rev. 05/2010

III.   Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? _____

_____

B.   What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

C.   Facts: the estate of Riggs, Melville Audubon As heir, my grandfather John James Audubon placed aside large farms for the protection of birds, endangered species. 31 to be exact, two in Canada, 28 in America, one in Mexico. One is Wolf Run Farm near Concord, Mass, another in South Chatanoga, Tenn Smokey Mountains, another in West Louville, Kentucky, another in North Pasadena, Calif. the separate Audubon Society came into possession of the preserves — many have been built on illegally. Wolf Run Farm has several dozen to say the least, again option deeds References — Lexington Police Lexington, Mass Maxwell Snowdon — Police Chief — Cambridge Mass Route #2 State Trooper Barracks

- What happened to you?
- Who did what?
- Was anyone else involved?
- Who else saw what happened?

IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____
_____
_____
_____
_____

Rev. 05/2010

V. **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Can you restore to me as heir of the Riggs, Melville Audubon estate the bird sanctuaries. The preserves were bought for the protection of the birds regionally. The Audubon Society is illegally occupying the bird sanctuaries they are part of the estate and legal to me. Several of the sanctuaries have been built on, developed. Can you help me restore the preserves for the species to be protected. Option deed again. I approached the Audubon Society at Wolf Run Farm, Lincoln, Mass Lincoln Mass in on part of the Farm. I did approach Concord City hall. I did take it to court, refused to give the papers to move in and damages. Can I have damages to pay on this. References — Maxwell Swedberg — Cambridge Police Chief — Bill Bradly — Ass't Police Chief — Somerville Mass

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2 day of August, 2012

Signature of Plaintiff: Charles R Lans
Mailing Address: 129 West 25th St.
New York City
New York State 10001

Telephone Number: _____

Fax Number (if you have one) _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____
Inmate Number: _____

Rev. 05/2010